UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24648-CIV-KING

SUZLON ENERGY A/S, a Danish,
Corporation,

    Plaintiff,

v.

VENTUS DE NICARAGUA, S.A.,
a Nicaraguan Corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss and/or in the Alternative Motion to Stay and Memorandum of Law in Support Thereof (DE #6), filed January 18, 2011. The time for the filing of Defendants' Response to the Motion expired February 4, 2011. To date, Plaintiff has not filed a Response to the Motion, and the Motion is thus unopposed.

In August 2010, the Parties submitted a contract dispute to arbitration. (DE #1 ¶ 5). Defendant Ventus de Nicaragua, S.A. prevailed. *Id.* ¶ 6. Plaintiff Suzlon Energy S/A commenced the above-styled action to vacate the arbitral award, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 204 ("the Convention"). *Id.* However, Defendant moved to dismiss on the ground that Plaintiff has already filed an identical lawsuit in Miami-Dade County Circuit Court,

styled *Suzlon Energy A/S v. Ventus De Nicaragua, S.A.*, Case No. 10-56884 CA 30. (DE #6(1)). State courts and federal courts have concurrent jurisdiction to enforce an arbitral award. *See Casciana ex rel. Casciani v. La Cruise, Inc.*, 1998 WL 34185289 at *6 (M.D. Fla. June 24, 1998) ("[T]he State Court had concurrent jurisdiction to order arbitration under the Convention."). Because the state court action was commenced first, this Court lacks jurisdiction to adjudicate the merits of the case. 20 Am. Jur. 2d *Courts* § 88 (2010) ("The court which first exercises its jurisdiction acquires exclusive jurisdiction to proceed in the case, even though other courts . . . have concurrent jurisdiction in the matter.").

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is hereby

**ORDERED, ADJUDGED and DECREED** that Defendant's unopposed Motion to Dismiss **(DE #6)** is **GRANTED**. The Clerk shall **CLOSE** this case. All pending motions are **DENIED as moot.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of February, 2011.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: *__Counsel for Plaintiff__*

**Hilary K Jonczak**
Brown Sims, P.C.
220 Washington Avenue, #5D
Miami Beach, FL 33139
305-215-8055

**Frank Joseph Sioli , Jr**
Brown Sims, P.C.
9130 S Dadeland Boulevard
Suite 1609
Miami, FL 33156
305-274-5507
Fax: 274-5517
Email: fsioli@brownsims.com

cc: *__Counsel for Defendant__*

**Allan Richard Kelley**
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
305-789-9208
Fax: 789-9201
Email: akelley@fowler-white.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mark Silverio**
Silverio & Hall
150 W Flagler Street
PH 2850
Miami, FL 33130
305-371-2756
Fax: 372-2744
Email: bsilverio@silveriohall.com